**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAMION E. EDGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMION E. EDGERSON,<br><br>Defendant. | **2:11-CR-00216-MCE**<br><br>**STIPULATION AND ORDER TO CONTINUE DETENTION HEARING** |

## STIPULATION

On May 3, 2012, defendant, Damion E. Edgerson, appeared before Magistrate Judge Kendall J. Newman with counsel, Erin J. Radekin, for arraignment and initial appearance. At Ms. Radekin's request the Court continued the detention hearing to May 7, 2012, before Magistrate Judge Carolyn K. Delaney. Mr. Edgerson was ordered temporarily detained and the time until the next status conference date of May 17, 2012 was excluded under the Speedy Trial Act, based upon Local Code T4. Thereafter, Ms. Radekin was contacted by Kyle Owen, Judge Delaney's clerk, who requested that the matter be changed to a different date. Ms. Radekin, having no objection, offered to prepare a stipulation to that effect.

Accordingly, plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Damion E. Edgerson, by and through his counsel, Erin J. Radekin, agree and stipulate to continue the detention hearing in the above-referenced matter to May 11, 2012 at 2:00 p.m., in the courtroom of the Honorable Magistrate Judge Carolyn Delaney.

| | |
|---|---|
| 1 | The Court is advised that Mr. Morris concurs with this request and has authorized Ms. |
| 2 | Radekin to sign this stipulation on his behalf. The Court is further advised that Ms. Radekin has |
| 3 | notified the pre-trial services officer assigned to this matter, Darryl Walker, of the date and time of the |
| 4 | continued detention hearing. |
| 5 | Accordingly, the parties respectfully request the Court adopt this proposed stipulation. |
| 6 | IT IS SO STIPULATED |

Dated: May 8, 2012                                  BENJAMIN WAGNER
                                                    United States Attorney

                                                    By:     /s/ Erin J. Radekin for
                                                    MATTHEW MORRIS
                                                    Assistant United States Attorney


Dated: May 8, 2012                                        /s/ Erin J. Radekin
                                                    ERIN J. RADEKIN
                                                    Attorney for Defendant
                                                    DAMION E. EDGERSON

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the above-captioned matter is set for detention hearing on May 11, 2012, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 5/9/2012

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE