BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00216-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME FOR PURPOSES |
| ) | OF THE SPEEDY TRIAL ACT |
| DESHAWN RAY, ) | |
| DAMION EDGERSON, and ) | |
| REGINALD THOMAS ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff United States of America, by and through Assistant United States Attorney Matthew Morris and Defendants, Deshawn Ray, by and through his attorney, Julius Engel, Reginald Thomas, by and through his attorney Colin Cooper, and Damion Edgerson, by and through his attorney Erin Radekin, hereby stipulate as follows:

The parties agree that the status conference scheduled for May 17, 2012, be continued to August 2, 2012. The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

Defendants Deshawn Ray and Reginald Thomas are reviewing discovery and investigating the case.

1

Defendant Damion Edgerson was arraigned on May 3, 2012, and is reviewing discovery.

The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of May 17, 2012, to August 2, 2012, inclusive, should be excluded pursuant to 18 U.S.C. Section 3161 because:

Uunder 18 U.S.C. Section 3161(h)(7)(B)(iv) and local code T4, the delay results from a continuance granted by the Court at the defendant's request, with the agreement of the government, on the basis of the Court's finding that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial. See Bloate v. United States, 130 S. Ct. 1345, 1357-58 (2011).

**IT IS SO STIPULATED.**

DATED: May 15, 2012
/s/ Matthew Morris
MATTHEW G. MORRIS
Assistant United States Attorney

DATED: May 15, 2012
/s/ Julius Engel, (as authorized 3/15/12)
JULIUS ENGEL
Attorney for DESHAWN RAY

DATED: May 15, 2012
/s/ Erin Radekin, (as authorized 3/15/12)
ERIN RADEKIN
Attorney for DAMION EDGERSON

```
1  DATED: May 15, 2012            /s/ Colin Cooper, (as authorized 3/15/12)
                                  COLIN COOPER
2                                 Attorney for REGINALD THOMAS
```

**IT IS SO ORDERED.**

Dated: May 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE