COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
REGINALD THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-cr-00216-MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) ) | |
| REGINALD THOMAS, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Defendant REGINALD THOMAS, by and through his attorney, Colin Cooper, defendant DESHAWN RAY, by and through his attorney, Julius Engel, DAMION EDGERSON, by and through his attorney, Erin Radekin, the UNITED STATES, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the status conference in the above-captioned case set for August 2, 2012, at 9:00 a.m. to October 11, 2012, at 9:00 a.m. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from August 2, 2012 to October 11, 2012, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(iv) for the effective preparation of counsel.

Defendants DESHAWN RAY, REGINALD THOMAS and DAMION EDGERSON are reviewing discovery and investigating the case.

-1-

The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses. Under 18 U.S.C. Section 3161(h)(7)(B)(iv) and local code T4, the delay results from a continuance granted by the Court at the defendant's request, with the agreement of the government, on the basis of the Court's finding that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial. See *Bloate v. United States*, 130 S. Ct. 1345, 1357-58 (2011).

DATED: July 31, 2012 /s/ COLIN L. COOPER
Attorney for Defendant REGINALD THOMAS

DATED: July 31, 2012 /s/ JULIUS ENGEL
Attorney for Defendant DESHAWN RAY

DATED: July 31, 2012 /s/ ERIN RADEKIN
Attorney for Defendant DAMION EDGERSON

DATED: July 31, 2012 /s/ MATTHEW MORRIS
Assistant United States Attorney

///
///
///
///
///
///
///
///
///

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the status conference scheduled for August 2, 2012, at 9:00 a.m. is vacated and the matter is set for status conference on October 11, 2012, at 9:00 a.m., and that the period from August 2, 2012 to October 11, 2012, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv). The Court specifically finds that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE