COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
REGINALD THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-cr-00216-MCE |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| REGINALD THOMAS, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

Defendant REGINALD THOMAS, by and through his attorney, Colin Cooper, defendant

DESHAWN RAY, by and through his attorney, Julius Engel, the UNITED STATES, by and

through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue

the status conference in the above-captioned case set for March 7, 2013 to April 4, 2013, at 9:00

a.m. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from March 7, 2013 to April 4, 2013,

is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(iv)

for the effective preparation of counsel.

Defendants DESHAWN RAY and REGINALD THOMAS are reviewing discovery and

investigating the case.

The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses. Under 18 U.S.C. Section 3161(h)(7)(B)(iv) and local code T4, the delay results from a continuance granted by the Court at the defendant's request, with the agreement of the government, on the basis of the Court's finding that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial. See *Bloate v. United States*, 130 S. Ct. 1345, 1357-58 (2011).

DATED: February 28, 2013          /s/ COLIN L. COOPER
                                  Attorney for Defendant REGINALD THOMAS

DATED: March 4, 2013              /s/ JULIUS ENGEL
                                  Attorney for Defendant DESHAWN RAY

DATED: March 4, 2013              /s/ MATTHEW MORRIS
                                  Assistant United States Attorney

///

///

///

///

///

///

///

///

///

///

## <u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY ORDERED that the status conference scheduled for March 7, 2013, at 9:00 a.m. is vacated and the matter is set for status conference on April 4, 2013, at 9:00 a.m., and that the period from March 7, 2013 to April 4, 2013, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: March 8, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE