```
1   BENJAMIN B. WAGNER
    United States Attorney
2   MATTHEW G. MORRIS
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-00216-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| v. | ) AND EXCLUDING TIME FOR PURPOSES |
| | ) OF THE SPEEDY TRIAL ACT WITH |
| DESHAWN A. RAY, | ) RESPECT TO DEFENDANT TIFFANY |
| REGINALD L. THOMAS, and | ) TUNG |
| TIFFANY TUNG, | ) |
| Defendants. | ) |

Plaintiff United States of America, by and through Assistant United States Attorney Matthew Morris and Defendant Tiffany Tung, by and through her attorney, Robert Byers, hereby stipulate as follows:

The parties agree that the status conference scheduled for June 6, 2013, be continued to August 15, 2013. The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

Defendant Tung is reviewing discovery and investigating the case, and is in discussions with the United States regarding potential resolution of the case without trial. The government is considering a request to provide early Jencks material and

1

anticipates proving that material this week.

The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of June 6, 2013 to August 15, 2013, inclusive, should be excluded pursuant to 18 U.S.C. Section 3161 because under 18 U.S.C. Section 3161(h)(7)(B)(iv) and local code T4, the delay results from a continuance granted by the Court at the defendant's request, with the agreement of the government, on the basis of the Court's finding that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO STIPULATED**.

DATED: June 4, 2013
/s/ Matthew Morris
MATTHEW G. MORRIS
Assistant United States Attorney

DATED: June 4, 2013
/s/ Robert Byers, (as authorized 6/4/13)
ROBERT BYERS
Attorney for TIFFANY TUNG

///
///
///
///

**ORDER**

In accordance with the foregoing stipulation of the parties, and good cause appearing, the status conference in this matter is hereby continued from June 6, 2013 to August 15, 2013 at 9:00 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

Date: June 05, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT